*ME MAHON, T*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT 6 HEALTH
PLAN,

                        Plaintiff,          STIPULATION
                                            CIVIL ACTION NO.: 08 Civ. 0038
        -against-                           (CM)

DOVE LAUNDRY,

                        Defendant.

    1.    It is hereby stipulated by and between the Trustees of the District 6 Health Plan

and Dove Laundry that the time to answer or otherwise move with respect to the complaint is

extended until April 1, 2008. (The request for extension of time is partly made to fix a date

because there was a waiver of service while service was made on the Secretary of State. The

time to answer based on the waiver of service is March 23, 2008.)

    2.    This is the first extension request made in this motion.

    3.    Opposing counsel consents to the extension request.

Dated:                  Trustees of the District 6 Health Plan

                        By: _____
                        Kellie Terese Walker, Esq. (KW 5981)
                        Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
                        Attorneys for Plaintiff Trustees of the District 6 Health Plan
                        111 Broadway, Suite 1403
                        New York, New York 10006
                        (212) 943-9080

Dated: March 5, 2008   Dove Laundry

                        By: _____
                        Stuart Weinberger, Esq. (SW 1582)
                        Goldberg and Weinberger LLP
                        Attorneys for Defendant Dove Laundry
                        630 Third Avenue, 18th Floor
                        New York, New York 10017
                        (212) 867-9595 (Ext. 313)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

U.S.D.J.

3-6-2008