*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT 6 HEALTH PLAN,

                        Plaintiff,

-against-

DOVE LAUNDRY,

                        Defendant.

STIPULATION
CIVIL ACTION NO.: 08 Civ. 0038
(CM)

1. It is hereby stipulated by and between the Trustees of the District 6 Health Plan and Dove Laundry that the time for Dove Laundry to answer or otherwise move with respect to the complaint is extended from April 1, 2008 until May 1, 2008. (The request for extension is made because the parties are attempting to resolve this case. The parties have already had one meeting to resolve the case.)

2. This is the second extension request to extend time to answer or otherwise move. The first request was granted although the request the first time for an extension was submitted, in part, to set the time to answer since there was both a waiver of service as well as service.

3. Opposing counsel consents to the extension request.

Dated:         Trustees of the District 6 Health Plan

                By: _____
                Charles Virginia, Esq. (CV 8214)
                Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
                Attorneys for Plaintiff Trustees of the District 6 Health Plan
                111 Broadway, Suite 1403
                New York, N.Y. 10006
                (212) 943-9080

Dated:         Dove Laundry

                By: *Stuart Weinberger*

**MEMO ENDORSED**

*You are rapidly using up your six months*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

Stuart Weinberger, Esq. (SW 1582)
Goldberg and Weinberger LLP
Attorneys for Defendant Dove Laundry
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 867-9595 (Ext. 313)