UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

TRUSTEES OF THE DISTRICT 6 HEALTH PLAN,

        Plaintiff,

STIPULATION
CIVIL ACTION NO.: 08 Civ. 0038 (CM)

-against-

DOVE LAUNDRY,

        Defendant.

1. It is hereby stipulated by and between the Trustees of the District 6 Health Plan and Dove Laundry that the time for Dove Laundry to answer or otherwise move with respect to the complaint is extended from May 1, 2008 until June 2, 2008. (The request for extension is made because the parties are attempting to resolve this case.)

2. This is the second extension request to extend time to answer or otherwise move. The first request was granted.

3. Opposing counsel consents to the extension request.

4.   Facsimile signatures shall be considered originals for the purposes of this Stipulation, only.

Dated: April 24, 2008     Trustees of the District 6 Health Plan

By: _____
Kellie Terese Walker, Esq. (KW 5981)
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
Attorneys for Plaintiff Trustees of the District 6 Health Plan
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080

Dated: April 29, 2008     Dove Laundry

By: s/Stuart Weinberger
Stuart Weinberger, Esq. (SW 1582)
Goldberg and Weinberger LLP
Attorneys for Defendant Dove Laundry
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 867-9595 (Ext. 313)

So ordered

_____
USDJ
4/30/08