UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TRUSTEES OF THE DISTRICT 6 HEALTH PLAN,

                       Plaintiff,

                                            CIVIL ACTION NO.: 08 Civ. 0038
     -against-                                     (CM)

DOVE LAUNDRY,                            RULE 7.1 STATEMENT

                       Defendant.
_____

       Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal the undersigned counsel for Dove Laundry certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

                None

Dated: June 2, 2008                      /S/ Stuart Weinberger
                                                Stuart Weinberger, Esq.
                                                Goldberg and Weinberger LLP
                                                Attorney for Defendants
                                                630 Third Avenue, 18th Floor
                                                New York, New York 10017
                                                (212) 867-9595
                                                (SW 1582)