AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

## APPEARANCE

Case Number: 08 Civ. 38 (CM) (GWG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
TRUSTEES OF THE DISTRICT 6 HEALTH PLAN

I certify that I am admitted to practice in this court.

7/17/2008
Date

*Marc Tenenbaum*
Signature

Marc A. Tenenbaum — MT 3426
Print Name — Bar Number

Barnes, Iaccarino, Virginia, et al., 111 Broadway, Ste. 1403
Address

New York | New York | 10006
City | State | Zip Code

(212) 943-9080 | (212) 943-9082
Phone Number | Fax Number